UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| AARON LUCAS SHELTON, *et al.*, | § § § | |
| *Plaintiffs*, | § § | Case No. 1:15-cv-53 |
| ~v~ | § § | Judge Mattice |
| HAMILTON COUNTY GOVERNMENT, *et al.*, | § § § § | |
| *Defendants*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P., Rule 41(a)(1)(A)(ii), Plaintiffs Aaron Lucas Shelton and Heather Nicole Shelton, file this stipulation of dismissal with prejudice, signed by the parties that have appeared, dismissing this action with prejudice as to all of the plaintiffs' causes of action of the in this matter against the named defendants and the Doe defendants.

Pursuant to Tenn. Code Ann. § 71-5-117(g), the Plaintiffs' counsel, by his signature hereto, hereby advises and represents to the Court that the State of Tennessee has no subrogation interest in the proceeds of the settlement.

At this time all of the named defendants, to include the Doe defendants are stipulated to be dismissed with prejudice as set forth herein and all parties stipulate that the parties will be responsible for their respective costs, including attorney fees, of this action.

DATED: August 20, 2015

~ 1 ~

Respectfully submitted,

By /s/ *Robin Ruben Flores*
    ROBIN RUBEN FLORES
    TENN. BPR #20751
    GA. STATE BAR #200745
        Counsel for Plaintiff Coleman
        4110-A Brainerd Road
        Chattanooga, TN  37411
        423 / 267-1575  fax 267-2703
        robinflores@epbfi.com

HAMILTON COUNTY ATTORNEY'S OFFICE

By: /s/ *R. Dee Hobbs*
    R. DEE HOBBS
    TENN. BPR # 10482
        625 Georgia Avenue, Suite 204
        Chattanooga, TN 37402
        Phone/Fax: 423-209-6150/6162